# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| PNC BANK, NATIONAL ASSOCIATION, successor to National City Bank of Michigan/Illinois, | ) ) ) ) | |
| Plaintiff, | ) ) | Case No. 15-CV-07837 |
| v. | ) ) | Assigned Judge: Hon. Andrea R. Wood |
| MARKET SQUARE RESTAURANT, INC., formerly known as Uncle Tom's, Inc., and SAM PAPPAS, | ) ) ) ) | Magistrate Judge: Hon. Geraldine Brown |
| Defendants. | ) | |

## MOTION FOR ENTRY OF
## EX PARTE JUDGMENT BY CONFESSION

NOW COMES the plaintiff, PNC Bank, National Association, successor to National City Bank of Michigan/Illinois ("PNC"), by and through its attorneys, Thomas J. Dillon, Nicholas S. Maragos, and McFadden & Dillon, P.C., and moves for entry of *ex parte* judgment by confession against Market Square Restaurant, Inc., formerly known as Uncle Tom's, Inc. ("Market Square"), and Sam Pappas ("Mr. Pappas") (together, the "Defendants"). In support thereof, PNC states as follows:

1. The above-captioned cause was filed on September 4, 2015 and is presently pending before this Court.

2. PNC asserts in its Complaint (i) a claim against Market Square for breach of contract arising out of a Small Business Equity Line of Credit Agreement executed on or about June 2, 2003 by Mr. Pappas and Sylvia Pappas, as President and Secretary of Market Square, respectively, in favor of PNC with an available credit

1

limit of $115,000.00 (the "Agreement"), and (ii) a claim against Sam Pappas for breach of contract arising out of a Guaranty of Payment – Waiver of Rights executed on or about June 2, 2003 by Mr. Pappas in favor of PNC (the "Guaranty"). A true and accurate copy of the document encompassing both the Agreement and the Guaranty is attached to the Complaint as Exhibit B and is incorporated herein by reference.

3. The Illinois Code of Civil Procedure provides, in pertinent part:

> [A]ny person for a debt bona fide due may confess judgment by himself or herself or attorney duly authorized, without process. The application to confess judgment shall be made . . . in the county in which one or more of the defendants reside . . . .

735 ILCS 5/2-1301(c).

4. In pertinent part, the Agreement expressly provides as follows:

> Borrower and each Guarantor hereof jointly and severally authorize any attorney at law to appear in any Court of Record in the State of Illinois or any other State or Territory of the United States after the indebtedness evidenced by and arising under this Agreement becomes due and admit the maturity of this Agreement, the amount due thereon, and the jurisdictional facts thereof, and waive the issuing and service of process, and confess judgment against such Borrower and/or Guarantor in favor of the holder of this Agreement for the amount then appearing due and costs of suit (including, but not limited to, attorneys' fees) and thereupon to waive all errors, rights of appeal and stay of execution. This is a joint and several warrant of attorney. Borrower and each Guarantor hereby waive and release any and all claims or causes of action which such Borrower and/or Guarantor might have against any attorney acting under the terms of the authority which such Borrower and/or Guarantor has granted herein arising out of or connected with the confession of any judgment. Should Borrower or any Guarantor enter an appearance in such cause of action and commence any proceeding to open or vacate a judgment

> taken by confession hereunder and seek to defend against that judgment, such Borrower and/or Guarantor shall be liable for and hereby agrees to pay all additional expenses of Lender including attorneys' fees, expenses and court costs incurred in connection with the collection of the obligations evidenced by this Agreement and all costs of any nature incurred by Lender under any of the documents executed in connection with this Agreement.

(Complaint Ex. B at 6.)

5. In pertinent part, the Guaranty provides as follows:

> Each Guarantor hereof jointly and severally authorizes any attorney at law to appear in any Court of Record in the State of Illinois or any other State or Territory of the United States after the indebtedness evidenced by and arising under the above Agreement becomes due and admit the maturity of such Agreement, the amount due thereon, and the jurisdictional facts thereof, and waive the issuing and service of process, and confess judgment against such Guarantor in favor of the holder of such Agreement for the amount then appearing due and costs of suit (including, but not limited to, attorneys' fees) and thereupon to waive all errors, rights of appeal and stay of execution. This is a joint and several warrant of attorney. Each Guarantor hereby waives and releases any and all claims or causes of action which such Guarantor might have against any attorney acting under the terms of the authority which such Guarantor has granted herein arising out of or connected with the confession of any judgment. Should any Guarantor enter an appearance in such cause of action and commence any proceeding to open or vacate a judgment taken by confession hereunder and seek to defend against that judgment, such Guarantor shall be liable for and hereby agrees to pay all additional expenses of Lender including attorneys' fees, expenses and court costs incurred in connection with the collection of the obligations evidenced by this Agreement and all costs of any nature incurred by Lender under any of the documents executed in connection with this Agreement.

(*Id.*)

6.     PNC submits herewith as <u>Exhibit A</u> the Affidavit of Arlene Foster, a Vice President of PNC Bank, verifying the Agreement and the Guaranty and setting forth the amounts due under the Agreement and the Guaranty.

7.     PNC also submits herewith as <u>Exhibit B</u> a Confession executed by Wendy Kaleta Gattone, a licensed Illinois attorney, on behalf of the Defendants, confessing Judgment against the Defendants pursuant to the express provisions of the Agreement and Guaranty authorizing same.

**WHEREFORE**, plaintiff, PNC Bank, National Association, successor to National City Bank of Michigan/Illinois, respectfully requests that this Honorable Court, pursuant to the express confession of judgment provisions of the Agreement and Guaranty along with the Confession submitted herewith, (i) enter judgment by confession in favor of PNC and against the defendant, Market Square Restaurant, Inc., on Count I of the Complaint; (ii) enter judgment by confession in favor of PNC and against the defendant, Sam Pappas, on Count II of the Complaint; and (iii) grant such further and additional relief as this Court may deem just and proper.

Respectfully submitted,

/s/ Nicholas S. Maragos
One of the attorneys for plaintiff, PNC Bank, National Association, successor to National City Bank of Michigan/Illinois

Thomas J. Dillon (ARDC#3124223)
t.dillon@mcdillaw.com
Nicholas S. Maragos (ARDC#6306503)
n.maragos@mcdillaw.com
MCFADDEN & DILLON, P.C.
120 S. LaSalle Street, Suite 1335
Chicago, Illinois 60603
(312) 201-8300